BONHAM ET AL., APPELLANTS, *v.* CITY OF HAMILTON, APPELLEE.

[Cite as *Bonham v. Hamilton,* 116 Ohio St.3d 1222, 2007-Ohio-6748.]

(No. 2007–0459—Submitted November 28, 2007—Decided December 20, 2007.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents.

O'DONNELL, J., not participating.

John W. Uhl, for appellants.

Millikin & Fitton Law Firm, Michael A. Fulton, and Steven A. Tooman, for appellee.